LILLIAN THEOBALD, Appellant, v. CECELIA RABINOWITZ, Respondent.— Order denying plaintiff's motion for leave to serve an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ALBERT B. TURNER and Others, as Executors, etc., of ALBERT TURNER, Deceased, Respondents, v. BURTON F. WHITE, Appellant.— Judgment and order reversed upon the law and the facts, and motion to strike out defendant's answer and for summary judgment on the pleadings denied, with ten dollars costs and disbursements. We think that issuable facts are presented by the defendant which require a trial of the action. Kelly, P. J., Manning, Kapper and Lazansky, JJ., concur; Young, J., dissents.

ANNIE VAN WICKLEN, as Administratrix, etc., of SAMUEL VAN WICKLEN, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Appellants.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $15,000, in which event the judgment is modified accordingly, and as so modified unanimously affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ATTIE WOLFF, Respondent, v. ISER P. COHEN and Another, Appellants.— Order denying motion to vacate notice for the examination of the defendant Iser P. Cohen affirmed, with ten dollars costs and disbursements. Order denying motion to vacate notice for the examination of the defendant Benjamin A. Kohn affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

SERAFINE ZECHMEISTER, Appellant, v. W. & C. CORPORATION, Respondent, Impleaded with Others, Defendants.— Order of the County Court of Nassau county affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Kapper, JJ., concur; Young, J., dissents.

MICHAEL DITOLLA and Another, Respondents, v. SAMUEL SCHNAPP, Appellant.— Application denied, with ten dollars costs.

WALTER SMITH, Respondent, v. 96TH STREET WEST GARAGE, INC., Appellant. — Application denied, with ten dollars costs.

JOSEPH WARSHAW, Respondent, v. UNION ASSURANCE SOCIETY, LTD., OF LONDON, ENGLAND, Appellant.— Application denied, with ten dollars costs. .

BLANCHE M. DEWEY, Appellant, v. MAGNUS A. PETERSON, Respondent.— Application denied.

HARRY BERGER, Respondent, v. IRENE H. DELANO and Another, as Executors and Trustees, etc., of AUSTIN CORNWELL, Deceased, and Another, Defendants, Impleaded with BLANCHE DENBY, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.